*People of the Territory of Guam v. Michael Imamura,*
104F-76.
Submit order.

THE PEOPLE OF THE TERRITORY OF GUAM

v.

VINCENT VILORIA, Defendant

Criminal No. 97F-76

Superior Court of Guam

October 28, 1976

ABBATE, *Judge*

DECISION

In denying Defendant's 5 October, 1976, Motion to Dismiss for prosecution's non-compliance with a discovery order, this Court cites the Decision in the companion case *People of the Territory of Guam v. Michael Imamura,* 104F-76.
Submit order.